DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. HASTY

No. 414P93

Case below: 111 N.C.App. 930

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

STATE v. HODGE

No. 409P93

Case below: 112 N.C.App. 136

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

STATE v. MINTER

No. 469P93

Case below: 111 N.C.App. 40

Petition by Attorney General for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 December 1993.

STATE v. PENDLEY

No. 424P93

Case below: 111 N.C.App. 931

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

STATE v. RICHARDSON

No. 402PA93

Case below: 112 N.C.App. 252

Petition by Attorney General for writ of supersedeas allowed 2 December 1993. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 2 December 1993.